IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVE HERRING,

    Petitioner,

vs.                               CASE NO. 4:08-cv-111-SPM/EMT

STEVEN SINGER,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 40). Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner filed objections (doc. 42). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

Petitioner brought this habeas corpus petition challenging his conviction of three counts related to the sexual abuse of his daughter. After having been thoroughly advised of the disadvantages of doing so on more than one occasion, and having consulted more than once with public defenders on the issue, the

Petitioner repeatedly asserted his desire to represent himself at trial. The record evidence indicates that the Petitioner's decision to represent himself was knowingly and voluntarily made, despite repeated warnings from the trial court regarding the perils of doing so. Accordingly, the Petitioner's claim that he was denied the assistance of counsel during his trial is without merit. Additionally, Petitioner was not denied assistance of counsel in the preparation of a motion for new trial, as the trial court appointed counsel for him following the return of the jury's verdict within the permissible window for the filing of a motion for new trial.

Moreover, Petitioner's myriad asserted grounds of ineffective assistance of counsel are also insufficient or without merit to afford him habeas relief, as Petitioner has failed to show that the state court's adjudication of the claims were based upon an unreasonable determination of the facts or contrary to or an unreasonable application of clearly established federal law. Despite his various complaints with his appointed counsel's performance prior to and after the trial, Petitioner has not shown that he was prejudiced, or that the jury's verdict would have been different had counsel engaged in an alternative course of conduct.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 40) is *adopted* and incorporated by reference into this order.
2. The Amended Petition for Writ of Habeas Corpus (doc. 4) is *denied*.

3. A certificate of appealability is *denied*.

DONE AND ORDERED this eleventh day of January, 2011.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Chief United States District Judge